No. 14,805.

GRAHAM ET AL. *v.* SEVERANCE.
(105 P. [2d] 853)

Decided September 16, 1940.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. JAMES R. HOFFMAN, for plaintiff in error.

Mr. E. CLIFFORD HEALD, for defendant in error.